# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA LOPEZ as the mother and guardian of J-M-, a minor, and J-M-, a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPUTY ALI ELKABANY, an individual, COUNTY OF SAN BERNARDINO, a public quasi-municipal entity, and DOES 1-10,<br><br>          Defendants. | Case No. 5:25-cv-02406-SRM (SPx)<br><br>*Assigned for All Purposes to:*<br>*Honorable Serena R. Murillo*<br><br>*Magistrate Judge: Sheri Pym*<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>*Complaint Filed: September 12, 2025*<br><br>*Trial Date: None Set* |

///

///

///

///

///

///

///

///

**1**

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

## ORDER

Pursuant to the Stipulation of Plaintiffs and Defendants and for good cause shown, the Court Orders a protective order granted according to the terms defined in the Stipulated Protective Order filed by the Parties. (Dkt. 28).

**IT IS SO ORDERED.**

DATED: March 25, 2026

**HON. SHERI PYM**
United States Magistrate Judge

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**